JUDGE CHIN

'08 CIV 4876

260-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
GREEN SHIPPING AS
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

RECEIVED MAY 27 2008 U.S.D.C. S.D. N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREEN SHIPPING AS,

          Plaintiff,

-against-

SOCIETE FRUIT TIME SARL and SOCIETE
RELATIONS INTERNATIONALES DE
TUNISIE SA,

          Defendants.

08 Civ _____ (____)

**RULE 7.1 STATEMENT**

    The Plaintiff, GREEN SHIPPING AS, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
      May 27, 2008

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              GREEN SHIPPING AS

           By: _____
                 Michael E. Unger (MU 0045)
                 80 Pine Street
                 New York, NY 10005
                 Telephone: (212) 425-1900

NYDOCS1/305370.1